Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Richard C. Gordon
Nevada Bar No. 9036
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Theresa L. Guerra, Esq.
Nevada Bar No. 15235
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: sprior@swlaw.com
          tguerra@swlaw.com

*Attorneys for Defendants City of Henderson, Debra March, Richard Derrick, Bristol Ellington, Nicholas Vaskov and Kristina Gilmore*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATESHA WATSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON; BRISTOL ELLINGTON; KEVIN ABERNATHY; KENNETH KERBY; DEBRA MARCH; RICHARD DERRICK; RICHARD MCCANN; NICK VASKOV; KRISTINA GILMORE; DOES I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-01761-APG-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　Plaintiff Latesha Watson ("Plaintiff") and Defendants City of Henderson, Debra March, Richard Derrick, Bristol Ellington, Nicholas Vaskov, and Kristina Gilmore ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Defendants' deadline to respond to Plaintiff's Complaint [ECF No. 1] to December 18, 2020:

1. Undersigned counsel has recently been retained to represent the Defendants in this action and have agreed to accept service on behalf of Defendants Bristol Ellington, Debra March, Richard Derrick, and Nick Vaskov. Because of the multiple parties involved in this representation, Defendants require additional time to investigate the allegations set forth in the Complaint and to prepare the appropriate response.

2. Counsel for Plaintiff and Defendants have agreed to a 60-day extension for Defendants to respond to the Complaint.

3. This extension request is sought in good faith and is not made for the purpose of delay.

4. Pursuant to the Parties' stipulation, Defendants' response to Plaintiff's Complaint will now be due on or before December 18, 2020.

DATED this 22nd day of October 2020.           DATED this 22nd day of October 2020.

SNELL & WILMER L.L.P.                          COOK & KELESIS, LTD.

 /s/ Patrick G. Byrne                           /s/ Marc P. Cook
Patrick G. Byrne, (NV Bar No. 7636)            Marc P. Cook (NV Bar No. 4574)
Richard C. Gordon (NV Bar No. 9036)            George P. Kelesis (NV Bar No. 00069)
Paul Swenson Prior, (NV Bar No. 9324)          Julie L. Sanpei (NV Bar No. 5479)
Theresa L. Guerra, (NV Bar No. 15235)          517 South Ninth Street
3883 Howard Hughes Parkway, Suite 1100         Las Vegas, Nevada 89101
Las Vegas, Nevada 89169                        Phone: (702) 737-7702
Phone: (702) 784-5200                          Fax: (702) 737-7712
Fax: (702) 784-5252

*Attorneys for Defendants*                     *Attorneys for Plaintiff Latesha Watson*

**IT IS SO ORDERED**.

DATED: __October 27_____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4826-2707-8863                - 2 -