NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 6170
Clark Hill PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:     (702) 862-8300
Facsimile:     (702) 862-8400
NWieczorek@ClarkHill.com
*Attorney for Defendants, Richard McCann,
Kevin Abernathy and Kenneth Kerby*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON; BRISTOL ELLINGTON; KEVIN ABERNATHY; KENNETH KERBY; DEBRA MARCH; RICHARD DERRICK; RICHARD MCCANN; NICK VASKOV; KRISTINA GILMORE; DOES I through X, inclusive,<br><br>            Defendants. | Case No.:  2:20-cv-01761-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RICHARD McCANN TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant Richard McCann, by and through his counsel of record, the law firm of Clark Hill, PLLC, and Plaintiff Latesha Watson, by and through her counsel of record, Cook & Kelesis, Ltd., hereby stipulate to the following:

Plaintiff filed her Complaint [ECF 1] in the above matter on September 22, 2020 and served said Complaint upon Defendant Richard McCann on October 26, 2020.  This Defendant's response to the Complaint is currently due on November 16, 2020.  This Defendant requested and Plaintiff agreed to stipulate, pursuant to IA Rule 6-1 of the Local Rules for the United States District Court District of Nevada, to an extension up through and including December 18, 2020 for Richard McCann to file a response to the Complaint.

. . . . .

1   This extension is requested to provide this Defendant additional time to investigate the
2   allegations set forth in the Complaint and prepare an appropriate response.  This extension is
3   made in good faith and is not made for the purpose of delay.
4   IT IS SO STIPULATED on this 28 day of October, 2020.

**COOK & KELESIS, LTD.**                              **CLARK HILL PLLC**

By:  */s/ Marc P. Cook*                               By: */s/ Nicholas M. Wieczorek*
   Marc P. Cook, Nevada Bar No. 4574                     Nicholas M. Wieczorek
   George P. Kelesis, Nevada Bar No. 00069               Nevada Bar No. 6170
   Julie L. Sanpei, Nevdaa Bar No. 5479                  CLARK HILL PLLC
   517 South Ninth Street                                3800 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada  89101                              Las Vegas, Nevada 89169
   Phone: (702) 737-7702                                 Phone: (702) 862-8300
   Fax: (702) 737-7712                                   Fax: (702) 862-8400
   mcook@ bckltd.com                                     nwieczorek@clarkhill.com
   Attorneys for Plaintiff, Latesha Watson               Attorneys for Defendants, Richard McCann,
                                                         Kevin Abernathy and Kenneth Kirby

**IT IS SO ORDERED**

**DATED:** 4:25 pm, October 30, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**