NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 6170
Clark Hill PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:	(702) 862-8300
Facsimile:	(702) 862-8400
NWieczorek@ClarkHill.com
*Attorney for Defendants,*
*Kevin Abernathy and Kenneth Kerby*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATESHA WATSON,<br><br>                    Plaintiff,<br>vs.<br><br>CITY OF HENDERSON; BRISTOL ELLINGTON; KEVIN ABERNATHY; KENNETH KERBY; DEBRA MARCH; RICHARD DERRICK; RICHARD MCCANN; NICK VASKOV; KRISTINA GILMORE; DOES I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:20-cv-01761-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS, KEVIN ABERNATHY AND KENNETH KERBY TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendants Kevin Abernathy and Kenneth Kerby, by and through their counsel of record, the law firm of Clark Hill, PLLC, and Plaintiff Latesha Watson, by and through her counsel of record, Cook & Kelesis, Ltd., hereby stipulate to the following:

Plaintiff filed her Complaint [ECF 1] in the above matter on September 22, 2020 and served said Complaint upon Defendant Kevin Abernathy on October 8, 2020 and Defendant Kenneth Kerby on October 16, 2020.  These Defendants' responses to the Complaint are currently due on October 29, 2020 and November 6, 2020.  These Defendants requested and Plaintiff agreed to stipulate, pursuant to IA Rule 6-1 of the Local Rules for the United States District Court District of Nevada, to an extension up through and including December 18, 2020 for these Defendants to file responses to the Complaint.

This extension is requested to provide these Defendants additional time to investigate the allegations set forth in the Complaint and prepare appropriate responses.  This extension is made in good faith and is not made for the purpose of delay.

IT IS SO STIPULATED on this 27 day of October, 2020.

| **COOK & KELESIS, LTD.** | **CLARK HILL PLLC** |
|---|---|
| By: */s/ Marc P. Cook* <br> Marc P. Cook, Nevada Bar No. 4574 <br> George P. Kelesis, Nevada Bar No. 00069 <br> Julie L. Sanpei, Nevdaa Bar No. 5479 <br> 517 South Ninth Street <br> Las Vegas, Nevada  89101 <br> Phone: (702) 737-7702 <br> Fax: (702) 737-7712 <br> mcook@ bckltd.com <br> Attorneys for Plaintiff, Latesha Watson | By: */s/ Nicholas M. Wieczorek* <br> Nicholas M. Wieczorek <br> Nevada Bar No. 6170 <br> CLARK HILL PLLC <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, Nevada 89169 <br> Phone: (702) 862-8300 <br> Fax: (702) 862-8400 <br> nwieczorek@clarkhill.com <br> Attorneys for Defendants <br> Kevin Abernathy and Kenneth Kirby |

## ORDER

IT IS ORDERED that the parties' stipulation to extend the time for defendant Abernathy's and defendant Kerby's responses to plaintiff's complaint is GRANTED. The deadline for these responses is December 18, 2020.

IT IS FURTHER ORDERED that the Clerk of Court is directed to STRIKE from the record ECF No. 27 because it was filed in error.

**IT IS SO ORDERED**

**DATED:** 8:40 pm, November 09, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**