# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON, | Case No.: 2:20-cv-01761-APG-BNW |
| Plaintiff | **Order Granting in Part Motion to Exceed Page Limit** |
| v. | |
| CITY OF HENDERSON, et al., | [ECF No. 29] |
| Defendants | |

Defendants Kevin Abernathy, Kenneth Kerby, and Richard McCann move for leave to exceed the 24-page limit for their forthcoming motion to dismiss.  They request a 50-page limit.

The defendants filed this motion *ex parte*, but they did not follow Local Rule IA 7-2(b) because they do not explain what rule permits an *ex parte* filing or why this motion was filed *ex parte*.  I see no reason for the motion to be filed on an *ex parte* basis.  I therefore direct the clerk of court to remove the *ex parte* designation and make the motion and its attachments publicly accessible.

I grant the motion in part.  The defendants' motion to dismiss can be up to 40 pages, not the 50 requested.

I THEREFORE ORDER the clerk of court to remove the *ex parte* designation from ECF Nos. 29, 29-1, and 29-2 and make those docket entries publicly accessible.

I FURTHER ORDER that the defendants' motion for leave to exceed the page limit **(ECF No. 29) is GRANTED in part**.  These defendants' forthcoming motion to dismiss can be up to 40 pages.

DATED this 15th day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE