MARC P. COOK, ESQ.
Nevada Bar No. 004574
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON; BRISTOL ELLINGTON; KEVIN ABERNATHY; KENNETH KERBY; DEBRA MARCH; RICHARD DERRICK; RICHARD MCCANN; NICK VASKOV; KRISTINA GILMORE; DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01761-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS KEVIN ABERNATHY, RICHARD MCCANN AND KENNETH KERBY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO DISMISS AND STRIKE PLAINTIFF'S REQUEST FOR PUNITIVE DAMAGES; DEFENDANTS NICHOLAS VASKOV AND KRISTINA ESCAMILLA GILMORE'S SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.660; AND DEFENDANTS CITY OF HENDERSON, DEBRA MARCH, RICHARD DERRICK, BRISTOL ELLINGTON NICHOLAS VASKOV AND KRISTINA ESCAMILLA GILMORE'S MOTION TO DISMISS COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>(ECF 33, 35, 36) |

Plaintiff, LaTesha Watson ("Watson") by and through counsel of record, Marc P. Cook, Esq. of the law firm of COOK & KELESIS, LTD.; Defendants, Kevin Abernathy, Richard McCann and Kenneth Kerby, by and through counsel of record, Nicholas M. Wieczorek, Esq. of the law firm of CLARK HILL PLLC; and Defendants City of Henderson, Debra March, Richard Derrick, Bristol

Ellington, Nicholas Vaskov and Kristina Escamilla Gilmore, by and through counsel of record, Patrick G. Byrne, Esq. of the law firm of SNELL & WILMER LLP, hereby stipulate to extend the deadline for Plaintiff to respond to the Motions to Dismiss filed by Defendants [ECF 33, 35, 36] to February 16, 2021:

1. Defendants have filed three (3) motions which seek dismissal of all claims against them under a variety of arguments relying on various legal theories. Responses are all due on January 1, 2021.

2. As the Defendants hold different positions with the City of Henderson and are alleged to have engaged in separate conduct related to Plaintiff's claims, Plaintiff needs additional time to analyze the reasoning set forth in the motions and prepare responses addressing the arguments raised by Defendants.

3. Counsel for all parties have agreed to a 45 day extension for Plaintiff to respond to the Motions to Dismiss.

4. The extensions are sought in good faith and not for the purpose of delay.

5. Pursuant to the parties' stipulation, Plaintiff's responses to the Motions to Dismiss will now be due on or before February 16, 2021.

DATED this 24th day of December, 2020.

COOK & KELESIS, LTD.

By: */s/ Marc P. Cook*
MARC P. COOK, ESQ.
Nevada Bar No. 004574
JULIE L. SANPEI, ESQ.
Nevada Bar No. 005479
517 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff, Latesha Watson*

DATED this 24th day of December, 2020.

CLARK HILL PLLC

By: */s/ Nicholas M. Wieczorek*
NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 006170
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Attorney for Defendants Kevin Abernathy, Richard McCann and Kenneth Kerby*

DATED this 24th day of December, 2020.

By: /s/ Patrick G. Byrne
PATRICK G. BYRNE, ESQ.
Nevada Bar No. 007636
RICHARD C. GORDON, ESQ.
Nevada Bar No. 009036
PAUL SWENSON PRIOR, ESQ.
Nevada Bar No. 009324
THERESA L. GUERRA, ESQ.
Nevada Bar No. 015235
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Defendants City of Henderson, Debra March, Richard Derrick, Bristol Ellington, Nicholas Vaskov and Kristina Escamilla Gilmore*

**ORDER**

IT IS SO ORDERED:

Dated: December 28, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE