NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 6170
Clark Hill PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
NWieczorek@ClarkHill.com
*Attorney for Defendants Kevin Abernathy,
Richard McCann and Kenneth Kerby*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>CITY OF HENDERSON; BRISTOL ELLINGTON; KEVIN ABERNATHY; KENNETH KERBY; DEBRA MARCH; RICHARD DERRICK; RICHARD MCCANN; NICK VASKOV; KRISTINA GILMORE; DOES I through X, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:20-cv-01761-APG-BNW<br><br>**DEFENDANT RICHARD MCCANN'S REQUEST FOR REMOTE APPEARANCE OF INSURANCE REPRESENTATIVE FROM GREAT AMERICAN INSURANCE GROUP AT EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**Date of Conference: 2/24/2021**<br>**Time of Conference: 9:30 a.m.** |

　　　　Defendant Richard McCann, by and through his counsel of record Nicholas M. Wieczorek of the law firm of Clark Hill PLLC, requests that his insurance representative from Great American Insurance Group, Tara Larson (Senior Claims Attorney), appear remotely at the Early Neutral Evaluation Conference on February 24, 2021.  This request is made based on the fact that Great American Insurance Group still has travel limits in place for all employees due to COVID-19 restrictions.  Further Ms. Larson currently has a medical condition and has been advised by her physician not to fly across the country.  Ms. Larson will be available remotely for all aspects of the ENE, and Mr. McCann and counsel of record will personally attend the session

. . . . .

for discussions with the Court. Counsel requests that a conference call-in number or video conference link be sent to the following email address:

    tllarson2@GAIG.com

DATED this ___4___ day of February, 2021.

**CLARK HILL PLLC**

_____
NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 6170
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
NWieczorek@ClarkHill.com
*Attorney for Defendants Kevin Abernathy,
Richard McCann, and Kenneth Kirby*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: February 8, 2021