1 | MARC P. COOK, ESQ.
Nevada Bar No. 004574
2 | JULIE L. SANPEI, ESQ.
Nevada Bar No. 005479
3 | COOK & KELESIS, LTD.
517 South Ninth Street
4 | Las Vegas, Nevada 89101
Phone: (702) 737-7702
5 | Fax: (702) 737-7712
E-mail: law@bckltd.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON; BRISTOL ELLINGTON; KEVIN ABERNATHY; KENNETH KERBY; DEBRA MARCH; RICHARD DERRICK; RICHARD MCCANN; NICK VASKOV; KRISTINA GILMORE; DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01761-APG-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**<br>**(First Request)** |

IT IS HEREBY Stipulated, by and between Plaintiff, Latesha Watson, by and through counsel, Marc P. Cook, Esq. of Cook & Kelesis, Ltd.; Defendants, City of Henderson, Bristol Ellington, Kristina Gilmore, Debra March, Nick Vaskov, by and through Richard Gordon of Snell & Wilmer; and Defendants, Kevin Abernathy, Kenneth Kerby, and Richard McCann, by and through Nicholas Wieczork of Clark Hill, PC, that the time within which the parties to submit their Proposed Discovery Plan and Scheduling Order pursuant to F.R.Civ.P. 26(f) be extended fourteen (14) days – until Monday, February 15, 2021.

This extension is necessary as a result of the extended briefing schedule that has been established for Defendant's pending Motions to Dismiss (Doc. 33, 35 and 36), the complexity of the claims at issue, and the volume of documentary evidence in the matter.

1  This first request to extend is made in good faith and not for the purpose of delay.

2  DATED this 1st day of February, 2021        DATED this 1st day of February, 2021

3  COOK & KELESIS, LTD.                                  SNELL & WILMER

5  By: /s/ Marc P. Cook                                       By: /s/ Richard C. Gordon
    Marc. P. Cook (NV Bar No. 4574)                     Patrick G. Byrne (NV Bar No. 7636)
6   Julie L. Sanpei (NV Bar No. 5479)                   Richard C. Gordon (NV Bar No. 9036)
    517 South Ninth Street                                    Paul Swenson Prior (NV Bar No. 9324)
7   Las Vegas, Nevada 89101                               Theresa L. Guerra (NV Bar No. 15235)
    Telephone: (702) 737-7702                              3883 Howard Hughes Parkway, Suite 1100
8   Facsimile: (702) 737-7712                              Las Vegas, NV 89169
    *Attorneys for Plaintiff, Latesha Watson*          Telephone: (702) 784-5200
9                                                                        Facsimile: (702) 784-5252
                                                                          *Attorneys for Defendants City of
10                                                                      Henderson, Debra March, Richard Derrick,
                                                                          Bristol Ellington, Nicholas Vaskov and
11                                                                      Kristina Escamilla Gilmore*

**CLARK HILL PLLC**

13  DATED this 1st day of February, 2021

15  By: /s/ Nicholas M. Wieczorek
    Nicholas M. Wieczorek (NV Bar No. 6170)
    3800 Howard Hughes Parkway, Suite 500
16  Las Vegas, NV 89169
    Telephone: (702) 862-8300
17  Facsimile: (702) 862-8400
    *Attorney for Defendants Kevin Abernathy,
18  Richard McCann, and Kenneth Kirby*

20                                          **It is so ORDERED.**

22                                          _____
                                                  UNITED STATES MAGISTRATE JUDGE
23

    Submitted by:
24  COOK & KELESIS, LTD.

26  By: /s/ Marc P. Cook
    Marc P. Cook, Esq.
27  *Attorneys for Defendants*

Page 2 of 2

| | |
|---|---|
| **From:** | Wieczorek, Nicholas |
| **To:** | Gordon, Richard; Sherri Grotheer; Byrne, Pat; Prior, Swen |
| **Cc:** | Marc Cook; Julie Sanpei |
| **Subject:** | RE: Watson v. City of Henderson, et al; Case 2:20-cv-01761 |
| **Date:** | Monday, February 1, 2021 11:30:03 AM |

I also approve your using my e-signature for filing

**Nicholas M Wieczorek**
Member

**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500 | Las Vegas, Nevada 89169
(702) 697-7543 (direct) | (702) 862-8400 (fax)
NWieczorek@ClarkHill.com | www.clarkhill.com

**From:** Gordon, Richard <rgordon@swlaw.com>
**Sent:** Monday, February 01, 2021 11:29 AM
**To:** Sherri Grotheer <SGrotheer@bckltd.com>; Wieczorek, Nicholas <nwieczorek@clarkhill.com>; Byrne, Pat <pbyrne@swlaw.com>; Prior, Swen <sprior@swlaw.com>
**Cc:** Marc Cook <MCook@bckltd.com>; Julie Sanpei <JSanpei@bckltd.com>
**Subject:** RE: Watson v. City of Henderson, et al; Case 2:20-cv-01761

**[External Message]**

Hi Sherri,

You have my approval to e-sign the stipulation.

All the best,

Rick

Richard C. Gordon, Esq.
Snell & Wilmer
L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
(702) 784-5210 (direct)
(702) 784-5200 (main)
(702) 784-5252 (facsimile)
rgordon@swlaw.com

"The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (702-784-5200), and delete the original message. Thank you."