NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 6170
Clark Hill PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:   (702) 862-8300
Facsimile:   (702) 862-8400
NWieczorek@ClarkHill.com
*Attorney for Defendants Kevin Abernathy,
Richard McCann and Kenneth Kerby*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON; BRISTOL ELLINGTON; KEVIN ABERNATHY; KENNETH KERBY; DEBRA MARCH; RICHARD DERRICK; RICHARD MCCANN; NICK VASKOV; KRISTINA GILMORE; DOES I through X, inclusive,<br><br>                    Defendants. | CASE NO.<br><br>Case No.: 2:20-cv-01761-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS KEVIN ABERNATHY, RICHARD MCCANN AND KENNETH KERBY TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO DISMISS AND STRIKE PLAINTIFF'S REQUEST FOR PUNITIVE DAMAGES** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Latesha Watson, by and through her counsel, Mark Cook, Esq., of the law firm of Cook & Kelesis, LTD. and Defendants, Kevin Abernathy, Kenneth Kerby and Richard McCann, by and through their counsel of record, Nicholas M. Wieczorek, Esq., of the law firm of Clark Hill PLLC, hereby respectfully submits this Stipulation to extend time for Defendants to reply to Plaintiff, Latesha Watson's, Response [Dkt 46] to Defendants' Motions to Dismiss [Dkt 33], currently due February 23, 2021, an additional five (5) days, up to and including, March 1, 2021.

Although Defendants' counsel has been actively working on the Replies, Defendants' counsel has been unable to complete the Replies due to numerous substantive motions and

ClarkHill\K1964\417587\262162785.v1-2/18/21

responses; as well as other general appearances and deadlines. This request for an extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Defendants' Replies to Plaintiff's Responses to Defendants' Motions to Dismiss, be extended an additional five (5) days, up to and including March 1, 2021.

DATED this 18th day of February 2021.　　　　　DATED this 18th day of February 2021.

**CLARK HILL PLLC**　　　　　　　　　　　　　　**COOK & KELESIS, LTD.**

*/s/ Nicholas M. Wieczorek*　　　　　　　　　　*/s/ Julie L. Sanpei*
NICHOLAS M. WIECZOREK, ESQ.　　　　　MARC P. COOK, ESQ.
Nevada Bar No. 6170　　　　　　　　　　　　　Nevada Bar No. 4574
3800 Howard Hughes Parkway, Suite 500　　　JULIE L. SANPEI, ESQ.
Las Vegas, NV 89169　　　　　　　　　　　　Nevada Bar No. 5479
Telephone: (702) 862-8300　　　　　　　　　　517 South Ninth Street
Facsimile: (702) 862-8400　　　　　　　　　　Las Vegas, NV 89101
*NWieczorek@ClarkHill.com*　　　　　　　　　Telephone: (702) 737-7702
*Attorney for Defendants Kevin Abernathy,*　　Facsimile: (702) 737-7712
*Richard McCann, and Kenneth Kirby*　　　　law@bckltd.com
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, Latesha Watson*

**ORDER**

IT IS SO ORDERED.

February 19, 2021　　　　　　　　　　　　　　_____
DATED　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

ClarkHill\K1964\417587\262162785.v1-2/18/21

**From:** Julie Sanpei <JSanpei@bckltd.com>
**Sent:** Thursday, February 18, 2021 3:45 PM
**To:** Marina, Gia N. <gmarina@ClarkHill.com>
**Cc:** Marc Cook <MCook@bckltd.com>; Shannon Fagin <SFagin@bckltd.com>; Wieczorek, Nicholas <nwieczorek@clarkhill.com>
**Subject:** RE: Watson v. City of Henderson

**[External Message]**

Gia:

You may attach my e-signature.

*Julie L. Sanpei*

Julie L. Sanpei, Esq.
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
(702) 737-7702
Facsimile (702) 737-7712

The information contained in this electronic message is confidential information that may be covered by the Electronic Communications Privacy Act, U.S.C. Sections 2510-2521, intended only for the use of the individual or entity named above, and may be privileged, confidential or otherwise protected. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited without the written consent of the sender. If you have received this communication in error, please immediately notify us by telephone (702) 737-7702, and delete the original message. Thank you.

**From:** Marina, Gia N. <gmarina@ClarkHill.com>
**Sent:** Thursday, February 18, 2021 3:13 PM
**To:** Julie Sanpei <JSanpei@bckltd.com>
**Cc:** Marc Cook <MCook@bckltd.com>; Shannon Fagin <SFagin@bckltd.com>; Wieczorek, Nicholas <nwieczorek@clarkhill.com>
**Subject:** RE: Watson v. City of Henderson

Thank you for the courtesy, Julie! Attached is the proposed stipulation. Please let me know if I may use e-signature.

Thank you.

**Gia N Marina**
Associate

CLARK HILL LLP
3800 Howard Hughes Parkway, Suite 500 | Las Vegas, Nevada 89169
(702) 697-7541 (direct) | (702) 862-8400 (fax)
gmarina@ClarkHill.com | www.clarkhill.com

**From:** Julie Sanpei <JSanpei@bckltd.com>
**Sent:** Thursday, February 18, 2021 1:27 PM
**To:** Marina, Gia N. <gmarina@ClarkHill.com>
**Cc:** Marc Cook <MCook@bckltd.com>; Shannon Fagin <SFagin@bckltd.com>
**Subject:** Watson v. City of Henderson

**[External Message]**

Gia:

We have no problem with your request for additional time to prepare a reply to Plaintiff's response. Please send over the Stipulation.

Thanks.

*Julie L. Sanpei*

Julie L. Sanpei, Esq.
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
(702) 737-7702
Facsimile (702) 737-7712

The information contained in this electronic message is confidential information that may be covered by the Electronic Communications Privacy Act, U.S.C. Sections 2510-2521, intended only for the use of the individual or entity named above, and may be privileged, confidential or otherwise protected. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited without the written consent of the sender. If you have received this communication in error, please immediately notify us by telephone (702) 737-7702, and delete the original message. Thank you.