Patrick G. Byrne, Esq. (NV # 7636)
Richard C. Gordon, Esq. (NV # 9036)
Paul Swenson Prior, Esq. (NV # 9324)
Theresa L. Guerra (NV # 15235)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:   pbyrne@swlaw.com
         rgordon@swlaw.com
         sprior@swlaw.com
         tguerra@swlaw.com

*Attorneys for Defendants City of Henderson, Debra March, Richard Derrick, Bristol Ellington, Nicholas Vaskov and Kristina Escamilla Gilmore*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON,<br><br>                  Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON; BRISTOL ELLINGTON; KEVIN ABERNATHY; KENNETH KERBY; DEBRA MARCH; RICHARD DERRICK; RICHARD MCCANN; NICK VASKOV; KRISTINA GILMORE; DOES I through X, inclusive,<br><br>                  Defendants. | CASE NO. 2:20-cv-01761-APG-BNW<br><br>**ORDER GRANTING DEFENDANTS CITY OF HENDERSON, DEBRA MARCH, RICHARD DERRICK, BRISTOL ELLINGTON, NICHOLAS VASKOV, AND KRISTINA ESCAMILLA GILMORE'S MOTION TO EXCEED PAGE LIMITS FOR THEIR REPLY IN SUPPORT OF MOTION TO DISMISS** |

Before the Court is Defendants City of Henderson (the "City"), Debra March, Richard Derrick, Bristol Ellington, Nicholas Vaskov, and Kristina Escamilla Gilmore (collectively, the "Individual City Defendants") Motion to Exceed Page Limits for their Reply in Support of Motion to Dismiss (ECF No. 66).

The City and the Individual City Defendants have given sufficient reason to exceed the existing page limit. Accordingly,

///

4811-5898-5186

IT IS HEREBY ORDERED that the City and Individual City Defendants' Motion to Exceed Page Limits for their Reply in Support of Motion to Dismiss (ECF No. 66) is GRANTED;

IT IS FURTHER ORDERED that the City and Individual City Defendants may submit their Reply in Support of Motion to Dismiss Plaintiff's Complaint, not to exceed 20 pages in length, exclusive of certificate of service, tables of contents and authorities, and any exhibits.

**IT IS SO ORDERED.**

The Honorable Andrew P. Gordon
United States District Court

DATED: March 24, 2021

4811-5898-5186