MARC P. COOK, ESQ.
Nevada Bar No. 004574
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATESHA WATSON,<br><br><br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON; BRISTOL ELLINGTON; KEVIN ABERNATHY; KENNETH KERBY; DEBRA MARCH; RICHARD DERRICK; RICHARD MCCANN; NICK VASKOV; KRISTINA GILMORE; DOES I through X, inclusive,<br><br><br><br><br>Defendants. | Case No.: 2:20-cv-01761-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO AMEND COMPLANT AND/OR REQUEST RECONSIDERATION**<br><br>**(FIRST REQUEST)**<br><br>[ECF 33, 35, 36, 49, 50, 84] |

Plaintiff, LaTesha Watson ("Watson") by and through counsel of record, Marc P. Cook, Esq. of the law firm of COOK & KELESIS, LTD.; Defendants, Kevin Abernathy, Richard McCann and Kenneth Kerby, by and through counsel of record, Nicholas M. Wieczorek, Esq. of the law firm of CLARK HILL PLLC; and Defendants City of Henderson, Debra March, Richard Derrick, Bristol Ellington, Nicholas Vaskov and Kristina Escamilla Gilmore, by and through counsel of record, Patrick G. Byrne, Esq. of the law firm of SNELL & WILMER LLP, hereby stipulate to extend the deadline for Plaintiff to amend her complaint and/or request reconsideration of this Court's

September 23, 2021Order (1) Granting in Part Motions to Dismiss, (2) Granting in Part Motion for Leave to Amend, (3) Denying as Moot Anti-SLAPP Special Motion to Dismiss, and (4) Denying as Moot Motion for Leave for Discovery [ECF 84].  This extension is necessary for the following reasons:

1.  In the three week period between entry of the Court's Order and the deadline it set for Plaintiff to Amend her complaint, Plaintiff's counsel, Marc P. Cook, Esq., has three full-day settlement conferences, each of which involves large, complex cases, which will require extensive briefing and preparation.

2.  Also during this period, Plaintiff's counsel, Julie Sanpei, Esq., had a pre-planned, out-of-state vacation.

3.  As each of the Defendants are uniquely situated, Plaintiff needs additional time to analyze the reasoning set forth in the court's order, and to review and analyze voluminous documents provided by Plaintiff to determine those facts and evidence that will support either the Amended Complaint and/or reconsideration.

4.  Counsel for all parties have agreed to an extension to Monday, November 1, 2021 for Plaintiff to amend her complaint and/or request reconsideration

5.  The extensions are sought in good faith and not for the purpose of delay.

DATED this __4th__ day of October, 2021.          DATED this __1st__ day of October, 2021.

COOK & KELESIS, LTD.                              CLARK HILL PLLC

By: _/s/ Marc P. Cook_____             By: _/s/ Nicholas M. Wieczorek_____
　　MARC P. COOK, ESQ.                               NICHOLAS M. WIECZOREK, ESQ.
　　Nevada Bar No. 004574                            Nevada Bar No.  006170
　　JULIE L. SANPEI, ESQ.                            3800 Howard Hughes Parkway, Suite 500
　　Nevada Bar No. 005479                            Las Vegas, Nevada 89169
　　517 South Ninth Street                           *Attorney for Defendants Kevin Abernathy,*
　　Las Vegas, Nevada 89101                          *Richard McCann and Kenneth Kerby*
　　*Attorneys for Plaintiff, Latesha Watson*

Page 2 of  3

1

DATED this __1st__ day of October, 2021.

2

By: ___/s/ Patrick G. Byrne_____

3
    PATRICK G. BYRNE, ESQ.
    Nevada Bar No. 007636

4
    RICHARD C. GORDON, ESQ.
    Nevada Bar No.  009036

5
    PAUL SWENSON PRIOR, ESQ.
    Nevada Bar No.  009324

6
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169

7
    *Defendants City of Henderson, Debra*
    *March, Richard Derrick, Bristol Ellington,*

8
    *Nicholas Vaskov and Kristina Escamilla*
    *Gilmore*

9

10

11
                          **ORDER**

12
    IT IS SO ORDERED.

13

14

15
    _____
    DISTRICT COURT JUDGE
    DATED: October 4, 2021

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 3 of  3