Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Richard C. Gordon
Nevada Bar No. 9036
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: pbyrne@swlaw.com
        rgordon@swlaw.com
        sprior@swlaw.com
        cogata@swlaw.com

*Attorneys for Defendants City of Henderson, Richard
Derrick, Bristol Ellington, Nicholas Vaskov, and Kristina
Escamilla Gilmore*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON,<br><br>Plaintiff<br><br>v.<br><br>CITY OF HENDERSON et al.,<br><br>Defendants | Case No.: 2:20-cv-01761-APG-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION AND FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Latesha Watson ("Plaintiff") and Defendants City of Henderson, Richard Derrick, Bristol Ellington, Nicholas Vaskov, Kristina Escamilla Gilmore, Kevin Abernathy, Kenneth Kerby, Richard McCann ("Defendants") (collectively, the "Parties"), through their undersigned counsel, for good cause shown, hereby stipulate to extend Defendants' deadline to respond to Plaintiff's Motion for Reconsideration (the "Motion") [ECF No. 92] to December 3, 2021, Plaintiff's reply to December 20, 2021 and to extend Defendants' deadline to respond to Plaintiff's First Amended Complaint to January 14, 2022 for the following reasons:

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1.     On September 23, 2021, this Court granted Defendants' motion to dismiss in part and gave Plaintiff leave to amend her complaint by October 15, 2021, which this Court later extended to November 1, 2021.

2.     After this Court granted the motion, Magistrate Judge Brenda Weksler lifted the temporary stay on discovery and ordered the parties to meet and confer to file a joint proposed discovery plan and scheduling order.

3.     On October 19, 2021, the magistrate judge granted the amended joint discovery plan and scheduling order.

4.     Plaintiff filed her motion for reconsideration and an amended complaint on November 1, 2021, triggering a deadline for the Defendants to respond to both the Motion and the amended complaint on November 15, 2021.

5.     Counsel requires additional time to prepare the appropriate responses to the Motion and to the amended complaint given the number of defendants, discovery deadlines, the nature of the dispute, and the upcoming holidays.

6.     The Parties agreed to the extensions requested herein.

7.     This extension request is sought in good faith and is not made for the purpose of delay.

///
///
///
///
///
///
///
///
///
///
///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1    Therefore, the Parties respectfully request an extension for Defendants to respond to

2    Plaintiff's Motion for Reconsideration up to and including December 3, 2021, with Plaintiff's reply

3    due on or before December 20, 2021. The Parties also respectfully request an extension for

4    Defendants to respond to Plaintiff's amended complaint up to and including January 14, 2022.

5

6    DATED this 11th day of November 2021.          DATED this 11th day of November 2021.

7    SNELL & WILMER L.L.P.                           COOK & KELESIS, LTD.

8     /s/                                            /s/ Marc P. Cook

9    Patrick G. Byrne, (NV Bar No. 7636)            Marc P. Cook (NV Bar No. 4574)
     Richard C. Gordon (NV Bar No. 9036)            George P. Kelesis (NV Bar No. 00069)
10   Paul Swenson Prior (NV Bar No. 9324)           Julie L. Sanpei (NV Bar No. 5479)
     Christian P. Ogata (NV Bar No. 15612)          517 South Ninth Street
11   3883 Howard Hughes Parkway, Suite 1100         Las Vegas, Nevada 89101
     Las Vegas, Nevada 89169                        Phone:  (702) 737-7702
12   Phone:  (702) 784-5200                         Fax:  (702) 737-7712
     Fax:  (702) 784-5252
13                                                  Attorneys for Plaintiff Latesha Watson
     *Attorneys for Defendants City of Henderson,*
14   *Richard Derrick, Bristol Ellington, Nicholas*
     *Vaskov, and Kristina Escamilla Gilmore*
15

16   DATED this 11th day of November 2021.

17   CLARK HILL PLLC

18    /s/ Nicholas M. Wieczorek

     Nicholas M. Wieczorek (NV Bar No. 6170)
19   3800 Howard Hughes Parkway, Suite 500
     Las Vegas, Nevada 89169
20   Phone:  (702) 862-8300
     Fax:  (702) 862-8400
21
     *Attorneys for Defendants Kevin Abernathy,*
22   *Richard McCann, and Kenneth Kerby*

23                                        **IT IS SO ORDERED**.

24                                        DATED:  _____, 2021.
                                                     Novmber 12
25

26                                        _____

27                                        UNITED STATES DISTRICT COURT JUDGE

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200