Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Richard C. Gordon, Esq.
Nevada Bar No. 9036
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Christian P. Ogata, Esq.
Nevada Bar No. 15612
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: pbyrne@swlaw.com
           rgordon@swlaw.com
           sprior@swlaw.com
           cogata@swlaw.com

*Attorneys for Defendants City of Henderson, Richard Derrick, Bristol Ellington, Nicholas Vaskov and Kristina Gilmore*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON,<br><br>Plaintiff<br><br>v.<br><br>CITY OF HENDERSON et al.,<br><br>Defendants | Case No.: 2:20-cv-01761-APG-BNW<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

NOTICE IS HEREBY GIVEN to the Court and parties that Theresa L. Guerra, Esq. is no longer employed by Snell & Wilmer L.L.P., no longer associated with this matter, and should be removed from the list of counsel of record in this case.

DATED:  November 12, 2021                               SNELL & WILMER L.L.P.

By:   /s/ *Christian P. Ogata*
Patrick G. Byrne (NV Bar No. 7636)
Richard C. Gordon (NV Bar No. 9036)
Paul Swenson Prior (NV Bar No. 9324)
Christian P. Ogata (NV Bar No. 15612)

*Attorneys for Defendants City of Henderson, Richard Derrick, Bristol Ellington, Nicholas Vaskov and Kristina Gilmore*

**Order**

**IT IS SO ORDERED**
**DATED:** 3:46 pm, November 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 1 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2021, I electronically filed the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 12th day of November 2021.

/s/ *Gaylene Kim Mistrille*
An Employee of Snell & Wilmer L.L.P.

4858-8942-8995.1

- 2 -