MARC P. COOK, ESQ.
Nevada Bar No. 004574
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com
*Attorneys for Plaintiff, LATESHA WATSON*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON, <br><br>Plaintiff, <br><br>v. <br><br>CITY OF HENDERSON; BRISTOL ELLINGTON; KEVIN ABERNATHY; KENNETH KERBY; RICHARD DERRICK; RICHARD MCCANN; NICK VASKOV; KRISTINA GILMORE; DOES I through X, inclusive, <br><br>Defendants. | Case No.  2:20-cv-01761-APG-BNW <br><br>**ORDER GRANTING MOTION TO EXCEED PAGE LIMITS FOR PLAINTIFF'S RESPONSE TO DEFENDANTS CITY OF HENDERSON, RICHARD DERRICK, BRISTOL ELLINGTON, NICHOLAS VASKOV AND KRISTINA ESCAMILLA GILMORE'S MOTION TO DISMISS COMPLAINT** |

This Court, having considered the Motion to Exceed Page Limits for Plaintiff's Response to Defendants City of Henderson, Richard Derrick, Bristol Ellington, Nicolas Vaskov and Kristina Escamilla Gilmore's Motion to Dismiss Complaint, hereby finds Plaintiff has given sufficient reason to excess the existing page limit.  Therefore:

IT IS HEREBY ORDERED that Plaintiff's Motion to Exceed Page Limits to file her Response to Defendants' Motion to Dismiss Complaint (ECF 110) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff may submit her Response, not to exceed twenty-nine (29) pages in length, exclusive of the certificate of service, table of contents and table of authorities.

IT IS SO ORDERED:

Dated: __February 21, 2022__

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE