

Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Richard C. Gordon, Esq.
Nevada Bar No. 9036
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Christian P. Ogata, Esq.
Nevada Bar No. 15612
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: pbyrne@swlaw.com
    rgordon@swlaw.com
    sprior@swlaw.com
    cogata@swlaw.com

*Attorneys for Defendants City of Henderson, Richard Derrick, Bristol Ellington, Nicholas Vaskov, and Kristina Escamilla Gilmore*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON,<br><br>            Plaintiff<br><br>   v.<br><br>CITY OF HENDERSON et al.,<br><br>            Defendants | Case No.: 2:20-cv-01761-APG-BNW<br><br>**Stipulation and Order for Extension of Time to File Replies in Support of Motions to Dismiss**<br><br>**[ECF Nos. 104, 110]**<br><br>**(Second Request)** |

Plaintiff LaTesha Watson and Defendants City of Henderson, Richard Derrick, Bristol Ellington, Nicholas Vaskov, and Kristina Escamilla Gilmore (collectively the "City Defendants"), by and through their respective counsel of record, and for good cause shown, hereby stipulate to extend the deadline for the City Defendants to file replies in support of their anti-SLAPP motion to dismiss [ECF No. 104] to March 15, 2022, and their Fed. R. Civ. P. 12(b)(6) motion to dismiss [ECF No. 110] to March 25, 2022:

1. On January 3, 2022, Vaskov and Escamilla Gilmore moved to dismiss Watson's IIED claim under Nevada's anti-SLAPP statute.[1]

2. The City Defendants also moved to dismiss Watson's Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) on January 14, 2022.[2]

3. This Court extended the briefing deadlines for both motions on January 28, 2022.[3]

4. Pursuant to that order, Watson filed her response to the anti-SLAPP motion on February 8, 2022. Watson filed her response to the City Defendants' 12(b)(6) motion on February 18, 2022.

5. This is thus the second stipulation to extend the briefing deadlines for these motions.

6. In her response to the anti-SLAPP motion, Watson moves for limited discovery, and sought to exceed the page limits for her response to the 12(b)(6) motion.

7. Vaskov and Escamilla Gilmore's reply in support of their special anti-SLAPP motion is currently due on March 8, 2022.

8. The City Defendants' reply in support of their 12(b)(6) motion is currently due on March 18, 2022.

9. Given the additional positions taken by Watson in her response briefs, and given defense counsel's recent travel and deposition schedule, additional time is needed to prepare replies in support of both motions.

10. The parties have agreed to the extensions requested.

11. This extension request is sought in good faith and is not made for the purpose of delay.

///

///

---

[1] ECF No. 104.

[2] ECF No. 110.

[3] ECF No. 115.

Therefore, the parties respectfully request an extension for Defendants Vaskov and Escamilla Gilmore to file a reply in support of their anti-SLAPP motion up through and including March 15, 2022, and for the City Defendants to file a reply in support of their 12(b)(6) motion to dismiss up through and including March 25, 2022.

DATED this 7th day of March 2022.

SNELL & WILMER L.L.P.

*/s/ Richard C. Gordon*
Patrick G. Byrne, (NV Bar No. 7636)
Richard C. Gordon (NV Bar No. 9036)
Paul Swenson Prior (NV Bar No. 9324)
Christian P. Ogata (NV Bar No. 15612)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252

*Attorneys for Defendants City of Henderson, Richard Derrick, Bristol Ellington, Nicholas Vaskov, and Kristina Escamilla Gilmore*

DATED this 7th day of March 2022.

COOK & KELESIS, LTD.

*/s/ Julie L. Sanpei*
Marc P. Cook (NV Bar No. 4574)
George P. Kelesis (NV Bar No. 00069)
Julie L. Sanpei (NV Bar No. 5479)
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712

*Attorneys for Plaintiff Latesha Watson*

**IT IS SO ORDERED**.

DATED: <u>March 8</u>, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE