Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Richard C. Gordon, Esq.
Nevada Bar No. 9036
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Christian P. Ogata, Esq.
Nevada Bar No. 15612
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: pbyrne@swlaw.com
          rgordon@swlaw.com
          sprior@swlaw.com
          cogata@swlaw.com

*Attorneys for Defendants City of Henderson, Richard Derrick, Bristol Ellington, Nicholas Vaskov, and Kristina Escamilla Gilmore*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON,<br><br>Plaintiff<br><br>v.<br><br>CITY OF HENDERSON, et al.,<br><br>Defendants | Case No.: 2:20-cv-01761-APG-BNW<br><br>**Order Granting City of Henderson, Richard Derrick, Bristol Ellington, Nicholas Vaskov, and Kristina Escamilla Gilmore's Motion to Exceed Page Limits for Reply in Support of Motion to Dismiss**<br><br>**[ECF No. 126]** |

Defendants City of Henderson, Richard Derrick, Bristol Ellington, Nicholas Vaskov, and Kristina Escamilla Gilmore move for leave to exceed the page limits for their reply in support of their motion to dismiss plaintiff LaTesha Watson's amended complaint. ECF No. 126. Because the issues raised in the dismissal motion and the response are sufficient to justify an additional two pages for the City defendants' reply and demonstrate good cause, I grant the motion.

///

///

///

**ORDER**

IT IS THEREFORE ORDERED that the City defendants' motion to exceed page limits for their reply in support of the motion to dismiss (ECF No. 126) is **GRANTED**.

**IT IS SO ORDERED.**

_____
The Honorable Andrew P. Gordon
United States District Court

DATED: March 30, 2022

Case No.: 2:20-cv-01761-APG-BNW

4871-5716-7385