Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Richard C. Gordon, Esq.
Nevada Bar No. 9036
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Christian P. Ogata, Esq.
Nevada Bar No. 15612
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: pbyrne@swlaw.com
          rgordon@swlaw.com
          sprior@swlaw.com
          cogata@swlaw.com

*Attorneys for Defendant City of Henderson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LaTesha Watson,<br><br>  Plaintiff<br><br>  v.<br><br>City of Henderson, et al.,<br><br>  Defendants | Case No.: 2:20-cv-01761-CDS-BNW<br><br>**Stipulation to Extend Dispositive Motion Deadline**<br><br>**(SIXTH REQUEST)** |

Defendants City of Henderson, Kevin Abernathy and Kenneth Kerby and plaintiff LaTesha Watson (collectively the "Parties") stipulate to extend the February 15, 2023, dispositive motion deadline to up to and including February 22, 2023. The Parties make the following stipulation for good cause, not for the purpose of delay, and for the following reasons:

1.  In 2021, Watson amended her complaint, reasserting nine causes of action against the currently named defendants. The City, Abernathy, and Kerby all moved to dismiss the claims against them, with all motions being fully briefed as of March 25, 2022.

2.  Following various stipulations, discovery in this employment-discrimination matter closed on January 16, 2023.

3. Before discovery closed, the Parties agreed to, and this Court authorized, the taking of three additional depositions outside the discovery period.

4. The Parties have worked diligently to complete dispositive motions but need additional time to complete them given the number of claims and independent theories against the defendants.

5. This request is sought in good faith and is not made for the purpose of delay.

1  Therefore, the Parties respectfully request to extend the dispositive motion deadline one
2  week to up to and including February 22, 2023.

4  DATED this 15th day of February 2023.    DATED this 15th day of February 2023.

5  COOK & KELESIS, LTD.    SNELL & WILMER, LLP

6  /s/ Marc P. Cook    /s/ Richard Gordon
7  Marc P. Cook, (NV Bar No. 4574)    Patrick G. Byrne (NV Bar No. 7636)
   Julie L. Sanpei (NV Bar No. 5479)    Richard C. Gordon (NV Bar No. 9036)
8  517 S. 9th Street    Paul Swenson Prior (NV Bar No. 9324)
   Las Vegas, Nevada 89101    Christian P. Ogata (NV Bar No. 15612) 3883
9  Phone: (702) 737-7702    Howard Hughes Parkway, Suite 1100
   Fax: (702) 737-7712    Las Vegas, Nevada 89169
10                          Phone: (702) 784-5200
   *Attorneys for Plaintiff Latesha Watson*    Fax: (702) 784-5252

11                                              *Attorneys for Defendant City of Henderson*

12  DATED this 15th day of February 2023

13  CLARK HILL PLLC

15  /s/ Nicholas M. Wieczorek
   Nicholas M. Wieczorek, Esq.
16  3800 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89169

17  *Attorneys for Defendants Kevin Abernathy, and Kenneth Kerby*

## ORDER

It is therefore ordered that the Parties' stipulation is GRANTED. Dispositive motions shall be due on February 22, 2023, with responses and replies due in the ordinary course under Local Rule 7-2(b).

**IT IS SO ORDERED**.

DATED: February 16, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

4892-3988-3345