Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Richard C. Gordon, Esq.
Nevada Bar No. 9036
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Christian P. Ogata, Esq.
Nevada Bar No. 15612
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: pbyrne@swlaw.com
        rgordon@swlaw.com
        sprior@swlaw.com
        cogata@swlaw.com

*Attorneys for Defendant City of Henderson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LaTesha Watson,<br><br>             Plaintiff<br><br>v.<br><br>City of Henderson, et al.,<br><br>             Defendants | Case No.: 2:20-cv-01761-CDS-BNW<br><br>**Stipulation and Proposed Order Extending Deadlines for Responses and Replies to Motions for Summary Judgment**<br><br>**(FIRST REQUEST)** |

Defendants City of Henderson (the "City"), Kevin Abernathy, and plaintiff LaTesha Watson (collectively the "Parties") stipulate to extend the deadline for the Parties' to respond to the motions for summary judgment up to and including April 7, 2023, and the replies in support of those motions up to and including April 28, 2023. The Parties make the following stipulation for good cause, not for the purpose of delay, and for the following reasons:

1.     On November 1, 2021, Watson amended her complaint, asserting nine causes of action against the City, Abernathy, and several previously named individual defendants.

2.     During discovery, Watson voluntarily dismissed five of those defendants and another after it had closed.

- 1 -

3. On February 16, 2023, Judge Weksler granted the Parties' stipulation to extend the dispositive motion deadline to February 22, 2023.[1]

4. Watson then filed two motions for partial summary judgment: one against the City[2] and one against Abernathy.[3]

5. The City and Abernathy both also filed motions for summary judgment.[4]

6. After the motions for summary judgment were filed, Judge Weksler granted Abernathy's motion to compel additional deposition testimony from Watson. The Parties are currently working to confirm the date of that deposition, which is tentatively set for March 23, 2023.

7. Under Local Rule 7-2(b), the Parties' responses to the summary-judgment motions are currently due on March 15, 2023, and the replies in support of those motions are due on March 29, 2023.

8. Given the number of claims still at issue in this dispute and on which the Parties have moved for summary judgment, and the complex legal issues involved within each, as well as the time needed for Watson's continued deposition, the Parties need additional time to complete responses and their replies to the motions.

9. The Parties have agreed to the extensions requested.

10. This stipulation is made in good faith and not for the purpose of delay.

---

[1] ECF No. 155.

[2] ECF No. 157.

[3] ECF No. 158.

[4] ECF Nos. 162, 164.

Therefore, the Parties respectfully request an extension for the parties to file their responses to the pending motions for summary judgment, up to and including April 7, 2023, and the replies in support of those motions up to and including April 28, 2023.

DATED this 13th day of March 2023.

COOK & KELESIS, LTD.

/s/ Marc P. Cook
Marc P. Cook, (NV Bar No. 4574)
Julie L. Sanpei (NV Bar No. 5479)
517 S. 9th Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712

*Attorneys for Plaintiff Latesha Watson*

DATED this 13th day of March 2023.

SNELL & WILMER, LLP

/s/ Richard C. Gordon
Patrick G. Byrne (NV Bar No. 7636)
Richard C. Gordon (NV Bar No. 9036)
Paul Swenson Prior (NV Bar No. 9324)
Christian P. Ogata (NV Bar No. 15612) 3883
Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252

*Attorneys for Defendant City of Henderson*

DATED this 13th day of March 2023.

CLARK HILL PLLC

/s/ Nicholas M. Wieczorek
Nicholas M. Wieczorek, Esq.
1700 Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135

*Attorneys for Defendant Kevin Abernathy*

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation is GRANTED. Responses to the motions for summary judgment [ECF Nos. 157, 158, 162, 164] shall be due on April 7, 2023. The replies in support of those motions shall be due on April 28, 2023.

**IT IS SO ORDERED.**

DATED: March 14, 2023

_____
UNITED STATES DISTRICT JUDGE