Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Richard C. Gordon, Esq.
Nevada Bar No. 9036
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Christian P. Ogata, Esq.
Nevada Bar No. 15612
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: pbyrne@swlaw.com
    rgordon@swlaw.com
    sprior@swlaw.com
    cogata@swlaw.com

*Attorneys for Defendant City of Henderson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LaTesha Watson,<br><br>            Plaintiff<br><br>   v.<br><br>City of Henderson, et al.,<br><br>            Defendants | Case No.: 2:20-cv-01761-CDS-BNW<br><br>**Stipulation to Extend Deadline for Defendants to Answer First Amended Complaint**<br><br>**(FIRST REQUEST)** |

Defendant City of Henderson (the "City") and Kevin Abernathy, and plaintiff LaTesha Watson (collectively the "Parties") stipulate to extend the deadline for the defendants to file their answers to the First Amended Complaint from April 6, 2023, to up to and including April 20, 2023. The Parties make the following stipulation for good cause, not for the purpose of delay, and for the following reasons:

1.      In 2021, Watson amended her complaint, reasserting nine causes of action against the currently named defendants. The City and Abernathy moved to dismiss the claims against them, with all motions being fully briefed as of March 25, 2022.

2. Discovery in this matter closed on January 16, 2023. Following the close of discovery, this Court extended the deadline for parties to file dispositive motions.

3. The Parties and defendant Kevin Abernathy moved for summary judgment on February 22, 2023. Following a stipulation of all parties, this Court extended the briefing deadlines on the summary-judgment motions.

4. On March 23, 2023, this Court found that resolution of the motions to dismiss was unnecessary given the filing of the cross-motions for summary judgment.[1]

5. Under Federal Rule of Civil Procedure 12(a)(4)(A), that denial triggered a deadline for the defendants to answer the complaint on April 6, 2023.

6. Because the Parties are currently finalizing briefing related to the summary-judgment motions, the defendants need additional time to prepare their answers to Watson's complaint, which requires them to analyze the allegations that survive Watson's voluntary dismissal of various defendants in this matter.

7. This request is sought in good faith and is not made for the purpose of delay.

---

[1] ECF No. 183.

Therefore, the Parties respectfully request to extend the deadline for the defendants to answer the amended complaint to up to and including April 20, 2023.

DATED this 6th day of April 2023.

COOK & KELESIS, LTD.

*/s/ Julie L. Sanpei*
Marc P. Cook, (NV Bar No. 4574)
Julie L. Sanpei (NV Bar No. 5479)
517 S. 9th Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712

*Attorneys for Plaintiff Latesha Watson*

DATED this 6th day of April 2023.

SNELL & WILMER, LLP

*/s/ Richard C. Gordon*
Patrick G. Byrne (NV Bar No. 7636)
Richard C. Gordon (NV Bar No. 9036)
Paul Swenson Prior (NV Bar No. 9324)
Christian P. Ogata (NV Bar No. 15612) 3883
Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252

*Attorneys for Defendant City of Henderson*

DATED this 6th day of April 2023.

CLARK HILL PLLC

*/s/ Nicholas M. Wieczorek*
Nicholas M. Wieczorek, Esq.
1700 Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135

*Attorneys for Defendant Kevin Abernathy*

### ORDER

IT IS THEREFORE ORDERED that the Parties' stipulation is GRANTED. The City of Henderson shall have up to and including April 20, 2023, to file its answer to the amended complaint.

**IT IS SO ORDERED**.

DATED: _____April 7_____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

4865-4654-6780