1  Patrick G. Byrne, Esq.
   Nevada Bar No. 7636
2  Richard C. Gordon, Esq.
   Nevada Bar No. 9036
3  Paul Swenson Prior, Esq.
   Nevada Bar No. 9324
4  Christian P. Ogata, Esq.
   Nevada Bar No. 15612
5  **SNELL & WILMER L.L.P.**
   3883 Howard Hughes Parkway, Suite 1100
6  Las Vegas, NV 89169
   Telephone: (702) 784-5200
7  Facsimile:  (702) 784-5252
   Email: pbyrne@swlaw.com
8         rgordon@swlaw.com
          sprior@swlaw.com
9         cogata@swlaw.com

10  *Attorneys for Defendant City of Henderson*

11                  **UNITED STATES DISTRICT COURT**

12                         **DISTRICT OF NEVADA**

13  LaTesha Watson,

14                  Plaintiff                 Case No.: 2:20-cv-01761-CDS-BNW

15  v.                                        **Stipulation and Order Extending Deadlines for Responses and Replies to Motions for Summary Judgment**

16  City of Henderson, et al.,

17                  Defendants                **(SECOND REQUEST)**

18

19

20         Defendants City of Henderson (the "City"), Kevin Abernathy, and plaintiff LaTesha

21  Watson (collectively the "Parties") stipulate to extend the deadline for the Parties' to respond to

22  the motions for summary judgment up to and including April 14, 2023, and the replies in support

23  of those motions up to and including May 5, 2023. The Parties make the following stipulation for

24  good cause, not for the purpose of delay, and for the following reasons:

25         1.      On November 1, 2021, Watson amended her complaint, asserting nine causes of

26  action against the City, Abernathy, and several previously named individual defendants.

27         2.      During discovery, Watson voluntarily dismissed five of those defendants and

28  another after it had closed.

3. On February 16, 2023, Judge Weksler granted the Parties' stipulation to extend the dispositive motion deadline to February 22, 2023.[1]

4. Watson then filed two motions for partial summary judgment: one against the City[2] and one against Abernathy.[3]

5. The City and Abernathy both also filed motions for summary judgment.[4]

6. After the motions for summary judgment were filed, Judge Weksler granted Abernathy's motion to compel additional deposition testimony from Watson. That deposition took place on March 23, 2023, and the transcript for that deposition became available on April 2, 2023.

7. This Court previously granted an extension for these briefing deadlines, setting the responses for April 7, 2023, and the replies for April 28, 2023.

8. Given the number of claims still at issue in this dispute and on which the Parties have moved for summary judgment on, and the complex legal issues involved within each, the conclusion of Watson's recent deposition, and because of a recent family emergency, the Parties need additional time to complete responses and their replies to the motions.

9. The Parties have agreed to the extensions requested.

10. This stipulation is made in good faith and not for the purpose of delay.

---

[1] ECF No. 155.

[2] ECF No. 157.

[3] ECF No. 158.

[4] ECF Nos. 162, 164.

Therefore, the Parties respectfully request an extension for the Parties to file their responses to the pending motions for summary judgment, up to and including April 14, 2023, and the replies in support of those motions up to and including May 5, 2023.

DATED this 6th day of April 2023.

COOK & KELESIS, LTD.

*/s/ Julie L. Sanpei*
Marc P. Cook, (NV Bar No. 4574)
Julie L. Sanpei (NV Bar No. 5479)
517 S. 9th Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712

*Attorneys for Plaintiff Latesha Watson*

DATED this 6th day of April 2023.

SNELL & WILMER, LLP

*/s/ Richard C. Gordon*
Patrick G. Byrne (NV Bar No. 7636)
Richard C. Gordon (NV Bar No. 9036)
Paul Swenson Prior (NV Bar No. 9324)
Christian P. Ogata (NV Bar No. 15612) 3883
Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252

*Attorneys for Defendant City of Henderson*

DATED this 6th day of April 2023.

CLARK HILL PLLC

*/s/ Nicholas M. Wieczorek*
Nicholas M. Wieczorek, Esq.
1700 Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135

*Attorneys for Defendant Kevin Abernathy*

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation is GRANTED. Responses to the motions for summary judgment [ECF Nos. 157, 158, 162, 164] shall be due on April 14, 2023. The replies in support of those motions shall be due on May 5, 2023.

**IT IS SO ORDERED**.

DATED: April 10, 2023

_____
UNITED STATES DISTRICT JUDGE