NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 6170
GIA N. MARINA, ESQ.
Nevada Bar No. 15276
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Telephone:     (702) 862-8300
Facsimile:      (702) 778-9709
NWieczorek@ClarkHill.com
gmarina@clarkhill.com
*Attorneys for Defendant Kevin Abernathy*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LATESHA WATSON,<br><br>                              Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON; et al.<br>                              Defendants. | Case No.: 2:20-cv-01761-CDS-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE BRIEFING SCHEDULE FOR MOTIONS RELATING TO THE SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Latesha Watson, by and through her counsel, Mark Cook, of the law firm Cook & Kelesis, LTD and Defendants, City of Henderson, by and through its counsel, Patrick G. Byrne, Esq., Richard C. Gordon, Esq., Paul Swenson Prior, Esq., and Christian P. Ogata, Esq., of the law firm Snell & Wilmer L.L.P., and Kevin Abernathy, by and through his counsel of record, Nicholas M. Wieczorek and Gia N. Marina, of the law firm Clark Hill PLLC, to extend time for the Briefing Schedule for Motions relating to the Plaintiff's Second Amended Complaint [Dkt 223] as follows:

1. Response to Second Amended Complaint due by June 17, 2024;
2. Opposition to any motions due by July 17, 2024; and,
3. Replies due by July 31, 2024.

///

///

WHEREFORE, the parties respectfully request that the briefing schedule to Plaintiff's Second Amended Complaint, be extended as set forth above.

DATED this 5th day of June 2024.

**CLARK HILL PLLC**
*/s/ Nicholas M. Wieczorek*
NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 6170
GIA N. MARINA, ESQ.
Nevada Bar No. 15276
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Attorneys for Defendant Kevin Abernathy*

DATED this 5th day of June 2024.

**COOK & KELESIS, LTD.**
*/s/ Julie L. Sanpei*
MARC P. COOK, ESQ.
Nevada Bar No. 4574
JULIE L. SANPEI, ESQ.
Nevada Bar No. 5479
517 South Ninth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff, Latesha Watson*

DATED this 5th day of June 2024.

**SNELL & WILMER L.L.P.**
*/s/Christian P. Ogata*
PATRICK G. BYRNE, ESQ.
Nevada Bar No. 7626
RICHARD C. GORDON, ESQ.
Nevada Bar No. 9036
PAUL SWENSON PRIOR, ESQ.
Nevada Bar No. 9324
CHRISTIAN P. OGATA, ESQ.
Nevada Bar No. 15612
3882 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant City of Henderson*

**ORDER**

IT IS SO ORDERED.

June 6, 2024
DATED

_____
UNITED STATES MAGISTRATE JUDGE

2