Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Richard C. Gordon, Esq.
Nevada Bar No. 9036
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Christian P. Ogata, Esq.
Nevada Bar No. 15612
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: pbyrne@swlaw.com
  rgordon@swlaw.com
  sprior@swlaw.com
  cogata@swlaw.com

*Attorneys for Defendant City of Henderson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LaTesha Watson, | |
| Plaintiff | Case No.: 2:20-cv-01761-CDS-CLB |
| v. | **Order Granting Stipulation Extending the Briefing Schedule for Motions Relating to the Second Amended Complaint** |
| City of Henderson, et al., | |
| Defendants | **(Second Request)** |

Defendants City of Henderson, Kevin Abernathy, and plaintiff LaTesha Watson (collectively the "Parties") stipulate to extend time for the briefing schedule for motions relating to Plaintiff's Second Amended Complaint as follows:

1. In granting summary judgment and dismissing Watson's claims, this Court granted Watson limited leave to amend and permitted the parties to set the briefing schedule for motions related to the second amended complaint, should Watson file one.

2. Watson filed her second amended complaint on May 9 and the parties set a briefing schedule for any motions to be due on June 17.

3. The parties request an additional four days to complete and file any motions.

- 1 -

4. The parties have agreed to the modification of the briefing schedule requested and this request is not made for the purpose of delay.

Thus, the Parties respectfully request that motions in response to Plaintiff's second amened complaint be due June 21, 2024.

IT IS SO STIPULATED.

DATED this 14th day of June, 2024.

COOK & KELESIS, LTD.

/s/ Julie Sanpei
Marc P. Cook, (NV Bar No. 4574)
Julie L. Sanpei (NV Bar No. 5479)
517 S. 9th Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712

*Attorneys for Plaintiff Latesha Watson*

DATED this day 14th of June, 2024.

SNELL & WILMER, LLP

/s/ Christian Ogata
Patrick G. Byrne (NV Bar No. 7636)
Richard C. Gordon (NV Bar No. 9036)
Paul Swenson Prior (NV Bar No. 9324)
Christian P. Ogata (NV Bar No. 15612) 3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252

*Attorneys for Defendant City of Henderson*

DATED this 14th day of June, 2024.

CLARK HILL PLLC

/s/ Nicholas Wieczorek
Nicholas M. Wieczorek, Esq.
Gia N. Marino, Esq.
1700 Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135

*Attorneys for Defendant Kevin Abernathy*

## ORDER

Good cause appearing, IT IS THEREFORE ORDERED that the Parties' stipulation is GRANTED. Motions in response to Watson's second amended complaint shall be due June 21, 2024, with responses due 30 days after filing, and replies due 14 days after responses are filed. IT IS SO ORDERED.

**DATED: June 14, 2024**

_____
UNITED STATES MAGISTRATE JUDGE