MARC P. COOK, ESQ.
Nevada Bar No. 004574
GEORGE P. KELESIS, ESQ.
Nevaa Bar No. 000069
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: mcook@bckltd.com
E-mail: law@bckltd.com
*Attorneys for Plaintiff, LATESHA WATSON*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON,<br><br>             Plaintiff<br><br>v.<br><br>CITY OF HENDERSON; KEVIN ABERNATHY; and DOES I through X, inclusive,<br><br>             Defendants | CASE NO.  2:20- CV-01761-CDS-CLB<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF' TO FILE REPLY IN SUPPORT OF COUNTERMOTION**<br><br>**[ECF 232 & ECF 233]** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Latesha Watson, by and through her counsel, Mark Cook, of the law firm Cook & Kelesis, LTD and Defendants, City of Henderson, by and through its counsel, Patrick G. Byrne, Esq., Richard C. Gordon, Esq., Paul Swenson Prior, Esq., and Christian P. Ogata, Esq., of the law firm Snell & Wilmer L.L.P., and Kevin Abernathy, by and through his counsel of record, Nicholas M. Wieczorek and Gia N. Marina, of the law firm Clark Hill PLLC, to extend time for Plaintiff to file a Reply in Support of her Countermotion for Summary Finding as a Matter of Law [ECF 233] to August 28, 2024.

In entering into this stipulation to extend time, Defendants maintain their right to assert any

and all other objections to Plaintiff's Reply, save and except for the timeliness of said filing.

WHEREFORE, the parties respectfully request that the time for Plaintiff to file her Reply be extended as set forth above.

| | |
|---|---|
| DATED this 15th day of August, 2024.<br>COOK & KELESIS, LTD.<br><br>By: _Marc P. Cook /s_<br>  MARC P. COOK, ESQ.<br>  Nevada Bar No. 004574<br>  JULIE L. SANPEI, ESQ.<br>  Nevada Bar No. 005479<br>  517 South Ninth Street<br>  Las Vegas, Nevada 89101<br>  *Attorneys for Plaintiff, Latesha Watson* | DATED this 15th day of August, 2024.<br>CLARK HILL PLLC<br><br>By: _Nicholas M. Wieczorek /s_<br>  NICHOLAS M. WIECZOREK, ESQ.<br>  Nevada Bar No. 006170<br>  3800 Howard Hughes Parkway, Suite 500<br>  Las Vegas, Nevada 89169<br>  *Attorney for Defendant Kevin Abernathy* |
| DATED this 15th day of August, 2024.<br>SNELL & WILMER,<br><br>By: _Christian Ogata /s_<br>  PATRICK G. BYRNE, ESQ.<br>  Nevada Bar No. 007636<br>  RICHARD C. GORDON, ESQ.<br>  Nevada Bar No. 009036<br>  PAUL SWENSON PRIOR, ESQ.<br>  Nevada Bar No. 009324<br>  CHRISTIAN P. OGATA, ESQ.<br>  Nevada Bar No. 15612<br>  3883 Howard Hughes Parkway, Suite 1100<br>  Las Vegas, Nevada 89169<br>  *Defendant City of Henderson* | |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  August 19, 2024