| | |
|---|---|
| 1 | MARC P. COOK, ESQ. |
| | Nevada Bar No. 004574 |
| 2 | COOK & KELESIS, LTD. |
| | 517 South Ninth Street |
| 3 | Las Vegas, Nevada 89101 |
| | Phone: (702) 737-7702 |
| 4 | Fax: (702) 737-7712 |
| | E-mail: law@bckltd.com |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LATESHA WATSON

                Plaintiff

v.

CITY OF HENDERSON; KEVIN ABERNATHY; DOES I through X, inclusive,

                Defendants

Case No.: 2:20-cv-01761-~~APG~~ BNW
                        CDS

**Order Approving STIPULATION TO CONTINUE HEARING RE: DEFENDANT KEVIN ABERNATHY'S MOTION TO DISMISS; DEFENDANT CITY OF HENDERSON'S MOTION FOR SUMMARY JUDGMENT; DEFENDANTS' MOTION TO STRIKE AND EVIDENTIARY HEARING**

(FIRST REQUEST)

[ECF No. 252]

Plaintiff, LaTesha Watson ("Watson") by and through counsel of record, Marc P. Cook, Esq. of the law firm of COOK & KELESIS, LTD.; Defendant, Kevin Abernathy, by and through counsel of record, Nicholas M. Wieczorek, Esq. of the law firm of CLARK HILL PLLC; and Defendant City of Henderson, by and through counsel of record, Patrick G. Byrne, Esq. of the law firm of SNELL & WILMER LLP, hereby stipulate and agree that oral argument on Defendant Kevin Abernathy's Motion to Dismiss [ECF 229]; Defendant City of Henderson's Motion for Summary Judgment [ECF 246]; Defendants' Motion to Strike [ECF 247] and the Daubert Evidentiary Hearing set with the Court's Minute Order in Chambers [ECF 251] currently set for December 10, 2024 at 10:00 a.m., shall be continued to February 4, 2025 at 1:00 p.m.

This request is necessary to accommodate the availability of Plaintiff's expert witness, Dominique Day, for the Daubert evidentiary hearing as well as the respective schedules of counsel for all parties, and is made in good faith and not for the purposes of delay.

DATED this 6th day of December, 2024.

COOK & KELESIS, LTD.

By: _____Marc Cook/s_____
MARC P. COOK, ESQ.
Nevada Bar No. 004574
JULIE L. SANPEI, ESQ.
Nevada Bar No. 005479
517 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff, Latesha Watson*

DATED this 6th day of December.

By: _____Richard Gordon /s_____
PATRICK G. BYRNE, ESQ.
Nevada Bar No. 007636
RICHARD C. GORDON, ESQ.
Nevada Bar No. 009036
CHRISTIAN OGATA, ESQ.
Nevada Bar No. 015612
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Defendants City of Henderson*

DATED this 6th day of December, 2024.

CLARK HILL PLLC

By: _____Nicholas Wieczorek /s_____
NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 006170
GIA N. MARINA, ESQ. 015276
Nevada Bar No.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Attorney for Defendants Kevin Abernathy*

## ORDER

Based on the parties' stipulation [ECF No. 252], the December 10, 2024, hearing is vacated and continued to February 4, 2025, at 1:00 p.m. in LV Courtroom 6B.

Dated: December 9, 2024

_____
United States District Judge