MARC P. COOK, ESQ.
Nevada Bar No. 004574
GEORGE P. KELESIS, ESQ.
Nevaa Bar No. 000069
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: mcook@bckltd.com
E-mail: law@bckltd.com
*Attorneys for Plaintiff, LATESHA WATSON*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATESHA WATSON,<br><br>              Plaintiff<br><br>v.<br><br>CITY OF HENDERSON; KEVIN ABERNATHY,<br><br>              Defendants | CASE NO.  2:20-cv-01761-CDS-CLB<br><br>**Order Approving STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OBJECTIONS TO DEFENDANT CITY OF HENDERSON'S BILL OF COSTS, AND TO FILE RESPONSE IN OPPOSITION TO DEFENDANT ABERNATHY'S MOTION FOR ATTORNEYS FEES AND COSTS**<br><br>[ECF No. 263] |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Latesha Watson, by and through her counsel, Mark Cook, Esq. of the law firm Cook & Kelesis, Ltd. and Defendants, City of Henderson, by and through its counsel, Patrick G. Byrne, Esq., Richard C. Gordon, Esq., Paul Swenson Prior, Esq., and Christian P. Ogata, Esq., of the law firm Snell & Wilmer L.L.P., and Kevin Abernathy, by and through his counsel of record, Nicholas M. Wieczorek, Esq. and Gia N. Marina, Esq., of the law firm Clark Hill PLLC, to extend time for Plaintiff to Object

to the Bill of Costs filed by Defendant Abernathy [ECF 259] and City of Henderson [ECF 261] and file a Response in Opposition to Defendant Abernathy's Motion for Attorney's Fees and Costs [ECF 260] to May 2, 2025.

The requested extension is requested to accommodate Plaintiff's counsel who will be out of state for most of the week of April 21, 2025 due to an unexpected medical visit in California, and is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the time for Plaintiff to file her Objections and Response be extended as set forth above.

DATED this __21st__ day of April, 2025. COOK & KELESIS, LTD.

By: *s/ Marc P. Cook*
MARC P. COOK, ESQ.
Nevada Bar No. 004574
JULIE L. SANPEI, ESQ.
Nevada Bar No. 005479
517 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff, Latesha Watson*

DATED this __21st__ day of April, 2025. CLARK HILL PLLC

By: *s/ Gia N. Marina*
NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 006170
GIA N. MARINA, ESQ.
Nevada Bar No. 15276
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Attorney for Defendant Kevin Abernathy*

DATED this __21st__ day of April, 2025.

SNELL & WILMER,

By: *s/ Patrick G. Byrne*
PATRICK G. BYRNE, ESQ.
Nevada Bar No. 007636
RICHARD C. GORDON, ESQ.
Nevada Bar No. 009036
PAUL SWENSON PRIOR, ESQ.
Nevada Bar No. 009324
CHRISTIAN P. OGATA, ESQ.
Nevada Bar No. 15612
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Defendant City of Henderson*

Based on the parties' stipulation, the time for the plaintiff to object to the defendants' bills of costs, and to file a response Abernathy's motion for attorney's fees is extended to May 2, 2025.

_____
Cristina D. Silva
United States District Judge
Dated: April 23, 2025